# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF GRACE H. DOHRING, deceased and her heirs, c/o Deborah Saybolt, ) ) ) | |
| Plaintiff, ) ) | CASE NO. _____ |
| v. ) ) | JUDGE _____ |
| WASHINGTON NATIONAL INSURANCE ) CO., an Indiana company, ) ) | |
| Defendant. ) | |

## DECLARATION OF RACHEL SPEHLER

**RACHEL SPEHLER** ("Declarant"), being first duly sworn upon oath, deposes and states:

1. Declarant is an adult, is fully competent to testify, and makes this Declaration on personal knowledge.

2. Declarant is the Vice President, Deputy General Counsel & Secretary of Washington National Insurance Company ("WNIC") and is authorized to make this Declaration on its behalf. Declarant is familiar with the business and operations of WNIC.

3. WNIC is an Indiana insurance company formed as an Indiana corporation, having its principal place of business in Carmel, Indiana.

4. Further Declarant sayeth naught.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT UNDER 28 U.S.C. § 1746(2).**

Date: November \_1\_, 2023                              _____
                                                       Rachel Spehler

Page 1 of 1