## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF GRACE H. DOHRING, deceased and her heirs, c/o Deborah Saybolt, <br><br> Plaintiff, <br> v. <br><br> WASHINGTON NATIONAL INSURANCE CO., an Indiana company, <br><br> Defendant. | Case No. 2:23-cv-12800-BRM-APP <br><br> Hon. Brandy R. McMillion |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case, <u>with prejudice</u>, all matters in controversy having been compromised and settled, each party to bear its own costs and attorneys' fees. A proposed form of Order is filed herewith.

SO STIPULATED this __1__ day of __AUGUST__, 2024.

_____
Deborah Saybolt (P77631)
1025 Country Club Road
Bloomfield Hills, MI 48304
Telephone: (248) 882-4615
d_saybolt@yahoo.com
*Attorney for Plaintiff,*
*Estate of Grace H. Dohring*

/s/ Steven K. Huffer
_____
Steven K. Huffer (IN Atty #8459-49)
S.K. HUFFER & ASSOCIATES, P.C.
9247 North Meridian St., Suite 340
Indianapolis, IN 46260
Telephone: (317) 564-4808
steveh@hufferlaw.com

and

David W. Centner (P43071)
CLARK HILL PLC
200 Ottawa Avenue NW, Suite 500
Grand Rapids, MI 49503
Telephone: 616-608-1106
dcentner@clarkhill.com

*Attorneys for Defendant, Washington National Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically on this __1__ day of __AUGUST__, 2024. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Deborah Saybolt

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ESTATE OF GRACE H. DOHRING, ) <br> deceased and her heirs, ) <br> c/o Deborah Saybolt, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WASHINGTON NATIONAL ) <br> INSURANCE CO., an Indiana company, ) <br> ) <br> Defendant. ) | Case No. 2:23-cv-12800-BRM-APP <br><br> Hon. Brandy R. McMillion |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Following review of the parties' Stipulation, it is hereby Ordered that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this case be dismissed <u>with prejudice</u> and without costs or attorneys' fees to any party.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated:_____