# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ESTATE OF GRACE H. DOHRING, )
deceased and her heirs, )
c/o Deborah Saybolt, )
                                   )
       Plaintiff, )   Case No. 2:23-cv-12800-BRM-APP
  v. )
                                   )   Hon. Brandy R. McMillion
WASHINGTON NATIONAL )
INSURANCE CO., an Indiana company, )
                                   )
       Defendant. )

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

Following review of the parties' Stipulation, it is hereby Ordered that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this case be dismissed <u>with prejudice</u> and without costs or attorneys' fees to any party.

SO ORDERED.

                                                  s/Brandy R. McMillion
                                                  UNITED STATES DISTRICT JUDGE

Dated: August 2, 2024